**MILBERG** LLP

NEW YORK
LOS ANGELES
TAMPA
DETROIT


**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

 ★ DEC 1 5 2009 ★ 

LONG ISLAND OFFICE

Barry A. Weprin
Direct Dial: 212-946-9312
bweprin@milberg.com

December 16, 2009

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
Eastern District of New York
834 Federal Plaza
Central Islip, NY 11722-4448

    Re:    In re Computer Associates Securities Litigation
                98 Civ. 4839 (TCP) and 02 Civ. 1226 (TCP)

Dear Sir/Madam:

    Pursuant to the Order signed by the Judge on December 13, 2004 (copy enclosed), twenty-two Direct Registration Statements issued to the Wyly Movants[1] in the settlement of the above-captioned securities class actions, were previously deposited into the Court's Registry pending the resolution of the Wylys' Rule 60(b) motion. We have now received 22 checks payable to the "Registry of the District Court" with respect to 22 claimants for a total of $1,852.10 (as itemized on the annexed schedule) representing dividends on the Computer Associates shares represented by those Dividend Registration Statements.

    Submitted herewith are the 22 dividend checks which we request the Clerk of the Court to deposit to the Court's Registry pending the resolution of the Wylys' Rule 60(b) motion. Thank you.

                        Respectfully submitted,

                        Barry A. Weprin

BAW:ln
Enclosures
cc:  William A. Brewer III, Esq.

---

[1]  The Wyly Movants consist of: (1) Sam Wyly; (2) Cheryl Wyly; (3) Donald R. Miller, Jr.; (4) The Andrew David Sparrow Wyly Trust; (5) The Cheryl R. Wyly Marital Trust; (6) The Christiana Parker Wyly Trust; (7) The Emily Ann Wyly Trust; (8) The Jennifer Lynn Wyly Trust; (9) The Kelly Wyly Elliott Trust; (10) The Lisa Wyly Revocable Trust; (11) The Martha Caroline Wyly Trust; (12) The Charles Joseph Wyly III Trust; (13) The Laurie L. Wyly Revocable Trust; (14) Dortmund Limited; (15) East Carroll Limited; (16) Elegance Limited; (17) Greenbriar Limited; (18) Marmalade, Ltd.; (19) Miller Family Partners; (20) Quayle Limited; (21) Stargate, Ltd.; and (22) Tallulah, Ltd.

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

————————————————————x
IN RE COMPUTER ASSOCIATES CLASS :
ACTION SECURITIES LITIGATION        :  MASTER FILE NO. 98- CIV 4839 (TCP)
                                                      :
————————————————————x
                                                      :
IN RE COMPUTER ASSOCIATES 2002 CLASS :
ACTION SECURITIES LITIGATION        :  MASTER FILE NO. 02- CIV 1226 (TCP)
                                                      :
————————————————————x

### _Amended_
### ORDER RE:  DISTRIBUTION OF NET SETTLEMENT SHARES

**WHEREAS,** on October 8, 2004, this Court entered an Order re Distribution of Net

Settlement Shares (the "October 8, 2004 Distribution Order"); and

**WHEREAS,** on December 2, 2004, this Court entered an Order on Consent Amending

and Supplementing its October 8, 2004 Order re Distribution of Net Settlement Shares (the

"December 2, 2004 Amended Distribution Order"); and

**WHEREAS,** on or about December 7, 2004, Sam Wyly, Cheryl Wyly, Donald R. Miller,

Jr., The Andrew David Sparrow Wyly Trust, The Cheryl R. Wyly Marital Trust, The Christiana

Parker Wyly Trust, The Emily Ann Wyly Trust, The Jennifer Lynn Wyly Trust, The Kelly Wyly

Elliott Trust, The Lisa Wyly Revocable Trust, The Martha Caroline Wyly Trust, The Charles

Joseph Wyly III Trust, The Laurie L. Wyly Revocable Trust, Dortmund Limited, East Carroll

Limited, Elegance Limited, Greenbriar Limited, Marmalade, Ltd., Miller Family Partners,

Quayle Limited, Stargate, Ltd., and Tallulah, Ltd. (the "Wyly Movants") filed a Motion Pursuant

to Rule 60(b) of the Federal Rules of Civil Procedure; and

**WHEREAS,** on December 10, 2004, on the application of Class Plaintiffs' Co-Lead

Counsel, this Court entered an Order to Show Cause directing the Wyly Movants to show cause

why an order should not be issued directing the distribution of the Net Settlement Shares to the

Authorized Claimants to proceed as directed by the Court's October 8, 2004 Distribution Order

and the December 2, 2004 Amended Distribution Order.

NOW, THEREFORE, it is hereby

ORDERED, that Plaintiffs' Co-Lead Counsel are directed to proceed with the

distribution of the Net Settlement Shares to the Authorized Claimants as directed by the Court's

October 8, 2004 Distribution Order and the December 2, 2004 Amended Distribution Order;

PROVIDED, HOWEVER, that the shares and cash (if any) to be issued and distributed to the

Wyly Movants shall be issued and deposited instead into the Registry of this Court, where such

shares and cash shall remain pending further order of the Court, and the Court shall not deem the

Wyly Movants to have consented to the distribution of, or to have accepted, such shares and cash

by virtue of the shares and cash having been so issued and deposited.

ORDERED, that this Court retain jurisdiction over any further application or matter

which may arise in connection with this action.

Dated: ~~December 19, 2004~~

BY THE COURT:

1-20-05

_____

Honorable Thomas C. Platt
United States District Judge

**Entry of the Above Order is hereby consented to**

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: _____

   Melvyn I. Weiss (MW-1392)
   Barry A. Weprin (BW-8637)
   George A. Bauer III (GB 2919)
One Pennsylvania Plaza
New York, New York  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

*Co-Lead Counsel for Plaintiffs in the 1998 and 2002 Actions*

STULL, STULL & BRODY
   Jules Brody (JB-9151)
   Patrick K. Slyne
   Aaron Brody (AB-5850)
   Mark Levine
6 East 45th Street
New York, New York  10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022

*Co-Lead Counsel for Plaintiffs in the 1998 Action*

SCHRIFFRIN & BARROWAY, LLP
   Richard Schiffrin
   David Kessler
Three Bala Plaza East
Bala Cynwyd, Pennsylvania  19004
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Co-Lead Counsel for Plaintiffs in the 2002 Action*

3

PIPER RUDNICK LLP

By: _____

David E. Nachman (DN-6684)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 835-6000
Facsimile: (212) 835-6001

*Attorneys for Defendant Computer Associates*
*International, Inc*

PIPER RUDNICK LLP
John A.D. Gilmore
Kirsten M. Nelson
One International Place, 21st Floor
Boston, Massachusetts 021101-2600
Telephone: (617) 406-6000
Facsimile: (617) 406-6100

*Attorneys for Defendants Computer Associates*
*International, Inc.*

BICKEL & BREWER

By _____

William A. Brewer III (WB 4805)
P. Kent Correll (PC 2609)
Luke McGrath (LM 8070)
767 Fifth Avenue, 50th Floor
New York, New York 10153
(212) 489-1400

*Attorneys for the Wyly Movants*

4

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001957
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
------------------------------------
TREASURY REGISTRY
 For: JENNIFER L WYLY
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $52.04
------------------------------------
CHECK
 Check/Money Order Num: 76092067
 Amt Tendered:  $52.04
------------------------------------
Total Due:      $52.04
Total Tendered: $52.04
Change Amt:     $0.00
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001958
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
---------------------------------
TREASURY REGISTRY
 For: STARGATE LTD
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $370.28
---------------------------------
CHECK
 Check/Money Order Num: 76092074
 Amt Tendered:  $370.28
---------------------------------
Total Due:      $370.28
Total Tendered: $370.28
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001959
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
-----------------------------------
TREASURY REGISTRY
 For: MARMALADE LTD
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:       $69.40
-----------------------------------
CHECK
 Check/Money Order Num: 76092073
 Amt Tendered:  $69.40
-----------------------------------
Total Due:     $69.40
Total Tendered: $69.40
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001960
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
------------------------------------
TREASURY REGISTRY
 For: QUAYLE LIIMITED
  Case/Party: D-NYE-1-98-CV-004839-000
  Amount:        $166.29
------------------------------------
CHECK
  Check/Money Order Num: 76092072
  Amt Tendered: $166.29
------------------------------------
Total Due:      $166.29
Total Tendered: $166.29
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001961
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
---------------------------------
TREASURY REGISTRY
 For: GREENBRIAR LIMITED
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $40.06
---------------------------------
CHECK
 Check/Money Order Num: 76092071
 Amt Tendered:  $40.06
---------------------------------
Total Due:      $40.06
Total Tendered: $40.06
Change Amt:     $0.00

GREENBRIAR LIMITED
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001962
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
----------------------------------
TREASURY REGISTRY
 For: ELEGANCE LIMITED
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $20.02
----------------------------------
CHECK
 Check/Money Order Num: 76092070
 Amt Tendered:  $20.02
----------------------------------
Total Due:      $20.02
Total Tendered: $20.02
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001963
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
----------------------------------
TREASURY REGISTRY
 For: EAST CARROLL LIMITED
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $302.34
----------------------------------
CHECK
 Check/Money Order Num: 76092069
 Amt Tendered:  $302.34
----------------------------------
Total Due:      $302.34
Total Tendered: $302.34
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001963
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
--------------------------------
TREASURY REGISTRY
 For: EAST CARROLL LIMITED
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $302.34
--------------------------------
CHECK
 Check/Money Order Num: 76092069
 Amt Tendered:  $302.34
--------------------------------
Total Due:      $302.34
Total Tendered: $302.34
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001964
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
----------------------------------
TREASURY REGISTRY
 For: DORTMUND LIMITED
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:       $4.15
----------------------------------
CHECK
 Check/Money Order Num: 76092068
 Amt Tendered: $4.15
----------------------------------
Total Due:      $4.15
Total Tendered: $4.15
Change Amt:     $0.00

02CV1226
```

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001965
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
-----------------------------------
TREASURY REGISTRY
 For: MARTHA C WYLY
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $52.04
-----------------------------------
CHECK
 Check/Money Order Num: 76092086
 Amt Tendered:  $52.04
-----------------------------------
Total Due:     $52.04
Total Tendered: $52.04
Change Amt:     $0.00

02CV1226
```

For: CHRYL WYLY
Case/Party: D-NYE-1-98-CV-004839-000
Amount:      $0.52
------------------------------------

CHECK
 Check/Money Order Num: 76092087
 Amt Tendered:  $0.52
------------------------------------

Total Due:      $0.52
Total Tendered: $0.52
Change Amt:     $0.00

02CV1226

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001969
Cashier ID: lserret
Transaction Date: 12/16/2009
Payer Name: B WEPRIN
-----------------------------------
TREASURY REGISTRY
 For: SAMUEL WYLY
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:      $475.56
-----------------------------------
CHECK
 Check/Money Order Num: 76092088
 Amt Tendered:  $475.56
-----------------------------------
Total Due:      $475.56
Total Tendered: $475.56
Change Amt:     $0.00

02CV1226
```

Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:      $29.56
---------------------------------
CHECK
 Check/Money Order Num: 76092075
 Amt Tendered:  $29.56
---------------------------------
Total Due:      $29.56
Total Tendered: $29.56
Change Amt:     $0.00

```
&&RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001945
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprine
-----------------------------------
TREASURY REGISTRY
 For: Lisa Wyly
 Case/Party: D-NYE-9-98-CV-004839-000
 Amount:        $41.68
-----------------------------------
CHECK
 Check/Money Order Num: 76092085
 Amt Tendered: $41.68
-----------------------------------
Total Due:      $41.68
Total Tendered: $41.68
Change Amt:     $0.00
```

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001946
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
----------------------------------
TREASURY REGISTRY
 For: Laurie L Wyly
  Case/Party: D-NYE-1-98-CV-004839-000
  Amount:        $19.96
----------------------------------
CHECK
  Check/Money Order Num: 76092084
  Amt Tendered:  $19.96
----------------------------------
Total Due:       $19.96
Total Tendered: $19.96
Change Amt:      $0.00
```

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001947
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
---------------------------------
TREASURY REGISTRY
 For: Kelly Wyly Elliot
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $20.40
---------------------------------
CHECK
 Check/Money Order Num: 76092083
 Amt Tendered:  $20.40
---------------------------------
Total Due:      $20.40
Total Tendered: $20.40
Change Amt:     $0.00
```

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001948
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
-----------------------------------
TREASURY REGISTRY
 For: Emily Ann Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $52.04
-----------------------------------
CHECK
 Check/Money Order Num: 76092082
 Amt Tendered: $52.04
-----------------------------------
Total Due:      $52.04
Total Tendered: $52.04
Change Amt:     $0.00
```

```
&&RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001949
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
----------------------------------
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $7.44
----------------------------------
CHECK
 Check/Money Order Num: 76092081
 Amt Tendered: $7.44
----------------------------------
Total Due:      $7.44
Total Tendered: $7.44
Change Amt:     $0.00
```

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001950
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
----------------------------------
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:       $41.32
----------------------------------
CHECK
 Check/Money Order Num: 76092080
 Amt Tendered:  $41.32
----------------------------------
Total Due:      $41.32
Total Tendered: $41.32
Change Amt:     $0.00
```

```
&&RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001951
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
-----------------------------------
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:         $52.04
-----------------------------------
CHECK
 Check/Money Order Num: 76092079
 Amt Tendered:  $52.04
-----------------------------------
Total Due:        $52.04
Total Tendered: $52.04
Change Amt:       $0.00
```

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001952
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
----------------------------------
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $7.44
----------------------------------
CHECK
 Check/Money Order Num: 76092078
 Amt Tendered:  $7.44
----------------------------------
Total Due:      $7.44
Total Tendered: $7.44
Change Amt:     $0.00
```

```
&%RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001953
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
----------------------------------
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $1.28
----------------------------------
CHECK
 Check/Money Order Num: 76092077
 Amt Tendered:  $1.28
----------------------------------
Total Due:      $1.28
Total Tendered: $1.28
Change Amt:     $0.00
```

```
&&RPCourt Name: Eastern District of New York
Division: 2
Receipt Number: NYEC001954
Cashier ID: jmajor
Transaction Date: 12/15/2009
Payer Name: Bruce Weprin
----------------------------------
TREASURY REGISTRY
 For: Christiana Parker Wyly
 Case/Party: D-NYE-1-98-CV-004839-000
 Amount:        $26.24
----------------------------------
CHECK
 Check/Money Order Num: 76092076
 Amt Tendered:  $26.24
----------------------------------
Total Due:      $26.24
Total Tendered: $26.24
Change Amt:     $0.00
```