UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE COMPUTER ASSOCIATES CLASS        :    98-CV-4839 (TCP)(ETB)
ACTION SECURITIES LITIGATION           :
:
---------------------------------------------------------------:
:
IN RE COMPUTER ASSOCIATES 2002         :    02-CV-1226 (TCP)(ETB)
CLASS ACTION SECURITIES LITIGATION     :
:
------------------------------------------------------------X

### NOTICE OF MOTION FOR RELEASE OF ASSETS DEPOSITED IN THE COURT REGISTRY

**PLEASE TAKE NOTICE** that upon the attached Declaration of Alexander D. Widell, dated April 5, 2011, and the exhibits attached thereto, the accompanying Brief In Support Of Motion To Release Assets Deposited In The Court Registry, dated April 4, 2011, and all prior pleadings and proceedings had herein, Movants Sam Wyly, Cheryl Wyly, Donald R. Miller, Jr., The Andrew David Sparrow Wyly Trust, The Cheryl R. Wyly Marital Trust, The Christiana Parker Wyly Trust, The Emily Ann Wyly Trust, The Jennifer Lynn Wyly Trust, The Kelly Wyly Elliott Trust, The Lisa Wyly Revocable Trust, The Martha Caroline Wyly Trust, The Charles Joseph Wyly III Trust, The Laurie L. Wyly Revocable Trust, Dortmund Limited, East Carroll Limited, Elegance Limited, Greenbriar Limited, Marmalade, Ltd., Miller Family Partners, Quayle Limited, Stargate, Ltd., and Tallulah, Ltd. (collectively, the "Wylys"), by and through their attorneys, Bickel & Brewer, will move this Court, before the Honorable Thomas C. Platt, U.S.D.J., in Room 1040, United States Courthouse, Long Island Courthouse, 1044 Federal Plaza, Central Islip, New York 11722 on April 26, 2011 or as soon thereafter as counsel can be heard, for an order releasing the Wylys' assets that have been deposited in the Court Registry.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda must be served within ten days after service of the moving papers.

Dated: April 5, 2011

/s/

William A. Brewer III  (WB 4805)
Alexander D. Widell (AW 3934)
**BICKEL & BREWER**
767 Fifth Avenue, 50th Floor
New York, New York  10153
Tel: (212) 489-1400
Fax: (212) 489-2483

*Attorneys for Sam Wyly, Cheryl Wyly, Donald R. Miller, Jr., The Andrew David Sparrow Wyly Trust, The Cheryl R. Wyly Marital Trust, The Christiana Parker Wyly Trust, The Emily Ann Wyly Trust, The Jennifer Lynn Wyly Trust, The Kelly Wyly Elliott Trust, The Lisa Wyly Revocable Trust, The Martha Caroline Wyly Trust, The Charles Joseph Wyly III Trust, The Laurie L. Wyly Revocable Trust, Dortmund Limited, East Carroll Limited, Elegance Limited, Greenbriar Limited, Marmalade, Ltd., Miller Family Partners, Quayle Limited, Stargate, Ltd., and Tallulah, Ltd.*

**TO:**  All Counsel of Record
*Via United States Mail and E-mail*

2

5232345.5
1993-09