# BICKEL & BREWER

ATTORNEYS AND COUNSELORS
767 FIFTH AVENUE
50TH FLOOR
NEW YORK, NEW YORK 10153
PHONE: (212) 489-1400
FAX: (212) 489-2384

www.bickelbrewer.com

4800 COMERICA BANK BUILDING
1717 MAIN STREET
DALLAS, TEXAS 75201
(214) 653-4000

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 28 2011 ★

LONG ISLAND OFFICE

October 19, 2011

**Via ECF and U.S. Mail**
The Honorable Thomas C. Platt
United States District Court
Eastern District of New York
1044 Federal Plaza, Room 1040
Central Islip, New York 11722

Re: *In Re Computer Associates Class Action Securities Litigation,* Master File No. 98-CIV-4839 (TCP); and *In Re Computer Associates 2002 Class Action Securities Litigation,* Master File No. 02-CIV-1226 (TCP); and Order Granting Motion For Release Of Assets Deposited In The Court Registry, Docket Item 149 on Docket No. 02-cv-01226-TCP

Dear Judge Platt:

We represent the Wyly Movants in the above referenced actions.[1] We write to request an order directing the clerk of the Court to release their direct share registration statements (the "Wyly Movants' Settlement Shares") that are deposited in the Court Registry to Bickel & Brewer, their counsel, in accordance with the Court's Order Granting Motion For Release Of Assets Deposited In The Court Registry, dated September 9, 2011 (the "Order"). Please find enclosed a copy of the Order and the Receipt for Payment of the Wyly Movants' Settlement Shares deposited in the Court Registry.

---

[1] The Wyly Movants are Sam Wyly, Cheryl Wyly, Donald R. Miller, Jr., The Andrew David Sparrow Wyly Trust, The Cheryl R. Wyly Marital Trust, The Christiana Parker Wyly Trust, The Emily Ann Wyly Trust, The Jennifer Lynn Wyly Trust, The Kelly Wyly Elliott Trust, The Lisa Wyly Revocable Trust, The Martha Caroline Wyly Trust, The Charles Joseph Wyly III Trust, The Laurie L. Wyly Revocable Trust, Dortmund Limited, East Carroll Limited, Elegance Limited, Greenbriar Limited, Marmalade, Ltd., Miller Family Partners, Quayle Limited, Stargate, Ltd., and Tallulah, Ltd.

The Honorable Thomas C. Platt
October 19, 2011
Page 2

On June 15, 2011, the Wyly Movants filed a motion in this Court for an Order directing the Court Registry to release shares of Computer Associates, Inc. to which the Wyly Movants are entitled as a result of the settlement of the above-captioned securities class actions together with all dividends paid thereupon to date (the "Motion"). On September 9, 2011, this Court issued the Order, granting the Motion and directing the Court Registry to release the Wyly Movants' Settlement Shares and all dividends (paid there to the date of the Motion) to Bickel & Brewer, counsel for the Wyly Movants.

On October 13, 2011, the case manager for the above-captioned actions informed us that, notwithstanding the Order, we must submit a letter motion to this Court in order for the Court to release the Wyly Movants' Settlement Shares from the Court Registry. Accordingly, we respectfully request that the Court issue an order directing the Court Registry to release the Wyly Movants' Settlement Shares from the Court Registry to Bickel & Brewer, counsel for the Wyly Movants.

Pursuant to the Order, the Wyly Movants are entitled to an aggregate of 51,483 shares, distributed as follows:

| Wyly Entity | Number of Settlement Shares |
|---|---|
| Sam Wyly | 11,889 |
| Cheryl Wyly | 13 |
| Donald R. Miller, Jr. | 656 |
| The Andrew David Sparrow Wyly Trust | 186 |
| The Cheryl R. Wyly Marital Trust | 1,033 |
| The Christiana Parker Wyly Trust | 186 |
| The Emily Ann Wyly Trust | 1,301 |
| The Jennifer Lynn Wyly Trust | 1,301 |
| The Kelly Wyly Elliott Trust | 510 |
| The Lisa Wyly Revocable Trust | 1,042 |

The Honorable Thomas C. Platt
October 19, 2011
Page 3

| | |
|---|---|
| The Martha Caroline Wyly Trust | 1,301 |
| The Charles Joseph Wyly III Trust | 1,301 |
| The Laurie L. Wyly Revocable Trust | 499 |
| Dortmund Limited | 144 |
| East Carroll Limited | 10,498 |
| Elegance Limited | 695 |
| Greenbriar Limited | 1,391 |
| Marmalade, Ltd. | 1,735 |
| Miller Family Partners | 32 |
| Quayle Limited | 5,774 |
| Stargate, Ltd. | 9,257 |
| Tallulah, Ltd. | 739 |

Respectfully,

*William A. Brewer III*

William A. Brewer III      w/p KM

Enclosures

cc: Barry Weprin, Esq. (*w/out enclosures*)

Submit Order
On Notice

TSDT
10/28/11